

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2019

No. 04-18-00214-CV

**MISSION RIDGE P.U.D. HOMEOWNERS ASSOCIATION, INC.,**
Appellant

v.

Robyn M. **HINES**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI11100
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

The Court has considered the Appellant's Motion for En Banc Reconsideration, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court